# EXHIBIT A

Case 3:18-cv-17195-RK-JTQ   Document 151-1   Filed 04/17/24   Page 2 of 5 PageID: 1816

*France. Institut de recherche et d'histoire des textes.*
*Documents, études et répertoires, 1*

**CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE**

PUBLICATIONS DE L'INSTITUT DE RECHERCHE
ET D'HISTOIRE DES TEXTES

— I —

# RÉPERTOIRE DES BIBLIOTHÈQUES

ET DES

# CATALOGUES DE MANUSCRITS GRECS

PAR

Marcel RICHARD

DEUXIÈME ÉDITION

CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE
13, Quai Anatole-France, PARIS (7ᵉ)
1958

Exhibit 0012 5/6/2021

PRIN_000109

Case 3:18-cv-17195-RK-JTQ   Document 151-1   Filed 04/17/24   Page 3 of 5 PageID: 1817

p. 446). 4 (II, 490). 5 (II, 476). 6 (III, 290). 7 (I, 692). 8 (III, 1000). 23 (II, 366). 24 (II, 367). 26 (II, 567). 28 (II, 87). 29 (II, 568). 30 (II, 477). 37 (II, 425). 42 (II, 350). 97 (II, 367). 192 (III, 990). 230 (I, 139). 236 (III, 756 ; 901). 240 (II, 367). 265 (II, 717). 280 (III, 949). 368 (I, 408-410). 369 (II, 582). Un ms. non coté (III, 221 ; 822). En 1916 ces mss ont été enlevés par les Bulgares, transportés à Sofia et déposés à l'Académie des Sciences où, en 1918, A. Ehrhard a vu les codd. 5. 7. 28. 29. 37 et 280 (voir n. **41,** t. I, p. LIV). A partir de là on perd leur trace. En 1923 la Grèce n'en a récupéré qu'un petit nombre, certainement les 13 mss suivants : Athènes, Bibl. nat. 2396 (= *Kos.* 374). 2397. 2399. 2403. 2419 (= *Kos.* 280). 2484. 2487 (= *Kos.* 236)[1], 2504 (= *Kos.* 368). 2506 (= *Kos.* 369). 2517. 2579, 2635 (= *Kos.* 67), probablement cinq ou six autres (voir **Serrès**) [Communication de M. A. Guillou].

Certains auraient été vus à Prague en 1917 : voir **327** S. B. KOUGEAS, Κῶδιξ τοῦ πατρικίου Σαμωνᾶ, dans *Byzantinisch-neugriechische Jahrbücher*, t. V (1226-1927), p. 198. Sur un lot de 8 mss grecs, dont 3 au moins provenaient de Kosinitza (codd. 32, 112 et 124), qui se trouvaient en 1920 aux mains du libraire Joseph Baer de Francfort-sur-le-Main, voir n. **41,** t. I, p. XXXIX. Cinq ff. du cod. 16 figurent dans le cod. Bruxelles, Bibl. royale II, 2404 ; les codd. 32 et 112, mis en vente **328** par Joseph Baer en 1924 (Catalogue n° 700 : *A Catalogue of One Hundred Fine and Valuable Books and Manuscripts, Prints and Drawings, offered at the net prices affixed by Joseph Baer and C°*, Francfort-sur-le-Main, 1924, p. 13 s. ; 16-18), sont maintenant à l'Université de Princeton (codd. R. Garrett 14 et 16) ; une partie du cod. 53 est à New York, Pierpont-Morgan Library MS. 714 ; le cod. 60 est à Durham (North Carolina), Duke University 1 ; les codd. 93 et 202 sont à Upsala (codd. grecs 74 et 73) ; le cod. 124 est à Maywood, Theological Seminary of the Evangelical Lutheran

---

1. Ce ms. 236 a été vu à Kosinitza en 1909 par Martin Sprengling, qui l'a décrit pour A. Ehrhard. Cependant l'étiquette apposée par les Bulgares en 1917 indique que ceux-ci l'ont trouvé à Serrès.

PRIN_000110

*France. Institute of Research and History of Texts*
*Documents, Education, Directory, I*

# NATIONAL CENTER FOR SCIENTIFIC RESEARCH

PUBLICATION OF THE INSTITUTE OF RESEARCH AND
HISTORY OF TEXTS

-I-

# DIRECTORY OF LIBRARIES AND CATALOGUES OF GREEK MANUSCRIPTS

BY

**Marcel RICHARD**

———

SECOND EDITION

———

**NATIONAL CENTER FOR SCIENTIFIC RESEARCH**

**13, QUAI ANATOLE-FRANCE, PARIS (7•)**

**1958**

p. 446). 4 (II, 490). 5 (Il, 476). 6 (III, 290). 7 (I, 692). 8 (III, 1000). 23 (Il, 366). 24 (Il, 367). 26 (Il, 567). 28 (II, 87). 29 (Il, 568). 30 (Il, 477). 37 (II, 425). 42: (II, 350). 97 (I, 367). 192 (III, 990). 230 (I, 139). 236 (III, 756 ; 901). 240 (Il, 367). 265 (Il, 717). 280 (III, 949). 368 (I, 408 -410). 369 (Il, 582). An ms. not listed (III, 221 ; 822). In 1916 these mss were taken away by the Bulgarians, transferred to Sofia and kept in the Academy of Sciences where, in 1918, A. Ehrhard saw the codd. 5. 7. 28. 29. 37 and 280 (see in. **41**, t. I, p. LIV). No traces of them have ever been found again from there. In 1923, Greece recovered just a few numbers of them, certainly the 13 mss below: Athens, Bibl. nat. 2396 (= Kos. 374). 2397. 2399. 2403. 2419 (=Kos. 280). 2484: 2487( = Kos. 236)', 2504 (=*Kos.* 368). 2506 (=Kos 369). 2517. 2579, 2635) (= Kos. 67), certainly five or six others (see **Serres**) Communication of M. A. Guillou].

Some others might have been seen in Prague in 1917: see

327    S. B. KOUGEAS, *foreign language*, in *foreign language*, t. V (1226- 1927), p. 198. In a lot of 8 Greek mss, of which at least 3 came from Kosinitza (codd. 32, 112 and 124), which in 1920 was in possession of the librarian Joseph Baer of Frankfurt- am main, see n;

328    **41**, t. I, p. xxxix. Five ff. of cod. 16 appears in the cod. Brussels, Bibl. royal II, 2404 ; codds. 32 and 112, put up for sales by Joseph Baer in1924 (Catalogue n° 700 : A *Galalogue of One Hundred Fine* end *Valuable Books and Manuscripts, Prints and Drawings offered at the net prices affixed by Joseph Baer and* C°, Frankfurt-am main, 1924, p. 13 s. , 16-18), are presently at the University of Princeton (codd. R. Garrett 14 and 16); part of cod. 53 is in New York, Pierpont-Morgan Library MS. 714; cod. 60 is in Durham (North Carolina), Duke University 1; codds. 93 and 202 are in Upsala (Greek cods. 74 and 73); cod. 124 is in Maywood, Theological Seminary of the Evangelical Lutheran

---

1. This ms. 236 was seen in Kosinitza in 1909 by Martin Sprengling, who described it for A. Ehrhard. However, the etiquette put up by the Bulgarians in l9l7 indicates that they found it in Serres.