# EXHIBIT B

**WONG FLEMING**
Linda Wong, Esq.
821 Alexander Road, Suite 200
Princeton, New Jersey 08543
Telephone: (609) 951-9520
Facsimile:  (609) 951-0270
lwong@wongfleming.com

**HAHN LOESER & PARKS LLP**
Stephen J. Knerly, Esq. (pro hac vice)
Steven A. Goldfarb, Esq. (pro hac vice)
Samuel C. Sneed, Esq. (pro hac vice)
200 Public Square, Suite 2800
Cleveland, OH 44114
Telephone: (216) 621-0150
Facsimile:  (216) 241-2824
sjk@hahnlaw.com
sag@hahnlaw.com
ssneed@hahnlaw.com

*Attorneys for Defendant, The Trustees of Princeton University*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**
(Trenton)

| | |
|---|---|
| HIS ALL HOLINESS, BARTHOLOMEW I, THE ARCHBISHOP OF CONSTANTINOPLE, NEW ROME, AND ECUMENICAL PATRIARCH, ET AL.<br><br>           Plaintiffs,<br><br>      vs.<br><br>PRINCETON UNIVERSITY,<br><br>           Defendant. | Case No. 3:18-CV-17195-RK-DEA<br><br>The Hon. Judge Robert Kirsch<br><br>**DEFENDANT'S AMENDED NOTICE OF DEPOSITION OF GEORGE K. PAPAZOGLOU** |

15063258.v3

Defendant, the Trustees of Princeton University ("Defendant"), hereby gives notice that, pursuant to this Court's Orders dated November 22, 2022, June 22, 2023, and September 26, 2023, and Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs shall produce Plaintiffs' agent, Professor George K. Papazoglou for deposition upon oral examination on March 6, 2024, beginning at 12:00 PM Eastern European Standard Time.

The deposition will be remote, will be taken before an officer authorized to administer the oath, shall be recorded by video and/or stenographic means, shall continue from day-to-day until completed or adjourned, and may be used as evidence at trial or other proceedings in the above-captioned matter.  Defendant reserves the right to use said recordings at the trial of this action in accordance with Rules 28 and 32 of the Federal Rules of Civil Procedure.

Dated: January 19, 2024

By: /s/  *Samuel C. Sneed*
Samuel C. Sneed, Esq. (pro hac vice)
**HAHN LOESER & PARKS LLP**
Stephen J. Knerly, Esq. (pro hac vice)
Steven A. Goldfarb, Esq. (pro hac vice)
200 Public Square, Suite 2800
Cleveland, OH 44114
Telephone: (216) 621-0150
Facsimile:  (216) 241-2824
sjk@hahnlaw.com
sag@hahnlaw.com
ssneed@hahnlaw.com

**WONG FLEMING**
Linda Wong

821 Alexander Road, Suite 200
Princeton, New Jersey 08543
Telephone: (609) 951-9520
Facsimile:  (609) 951-0270
lwong@wongfleming.com

*Attorneys for Defendant, The Trustees of Princeton University, incorrectly referenced in the Complaint as "Princeton University"*

3

15063258.v3

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing DEFENDANT'S AMENDED NOTICE OF DEPOSITION OF GEORGE K. PAPAZOGLOU was served, via e-mail, this 22nd day of January, 2024, upon the following:

Erin Pamukcu, Esq.
**HUGHES HUBBARD & REED LLP**
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6187
Erin.pamukcu@hugheshubbard.com
*Counsel for Plaintiffs*

George A. Tsougarakis, Esq.
**HARTMANN DOHERTY ROSA BERMAN & BULBULIA LLC**
433 Hackensack Avenue, Suite 1002
Hackensack, New Jersey 07601
Telephone: 201-441-9056
george@goarch.org
*Counsel for Plaintiffs*

/s/ Ronamay Sablan
_____
Ronamay Sablan

15063258.v3