# EXHIBIT C

# Samuel Sneed

| | |
|---|---|
| **From:** | Samuel Sneed |
| **Sent:** | Wednesday, February 7, 2024 2:07 PM |
| **To:** | Pamukcu, Erin; George Tsougarakis |
| **Cc:** | Cryan, Jeanine; Steven Goldfarb; Lori May; Katie Steiner |
| **Subject:** | RE: Patriarchate v. Princeton - Deposition Scheduling |
| **Attachments:** | 2024.02.07 - Second Amended Notice of Patriarch Representative Deposition.pdf; 2024.02.07 - Second Amended Notice of George Tsougarakis.pdf |

George & Erin,

Thank you for speaking with us earlier today. This email is to confirm the deposition dates, now that we've addressed scheduling, and to memorialize the information regarding Prof. Papazoglou.

First, as promised, Steve and I caucused to go over schedules given the availability of Father Karloutsos and George. Attached are amended notices of deposition reflecting that we'll take the Patriarch Representative (*i.e.,* Father Karloutsos) on March 13th and George on the 15th. We've noticed the depositions for the Wong Flemming office, but will work with you on identifying a different location more convenient to Father Karloutsos and counsel.

Second, we want to memorialize the information that you provided concerning Prof. George Papazoglou. It's our understanding that Prof. Papazoglou has refused to appear for any deposition, and has done so after being asked to sit for his deposition by a member of the Patriarchal private office, Father Aetios, who is the Grand Ecclesiarch. As referenced on the call, Princeton will make a decision on what to do with respect to Prof. Papazoglou's refusal following the completion of the other depositions.

Regards,



**Samuel Sneed** | Partner
**Hahn Loeser & Parks LLP** | MORE THAN A CENTURY OF CLIENT SERVICE
Tel: (619) 810-4340 | Fax: 4339
SSneed@hahnlaw.com | hahnlaw.com
One America Plaza, 600 West Broadway, Suite 1500 | San Diego, CA 92101 |
**Download my V-Card**

Hahn Loeser & Parks LLP is a full-service law firm with a national footprint and international reach, with offices in Cleveland, Columbus, Naples, Fort Myers, San Diego, and Chicago.

This email may contain information that is confidential or privileged, and it is intended only for the addressee(s). If you are not the intended recipient, you are prohibited from using, copying, or distributing this email, its contents, or any attachment.

**From:** Pamukcu, Erin <Erin.pamukcu@hugheshubbard.com>
**Sent:** Tuesday, February 6, 2024 6:40 AM
**To:** Samuel Sneed <SSneed@hahnlaw.com>
**Cc:** George Tsougarakis <george@goarch.org>; Cryan, Jeanine <Jeanine.Cryan@hugheshubbard.com>; Steven Goldfarb <sag@hahnlaw.com>; Lori May <lmay@hahnlaw.com>
**Subject:** Re: Patriarchate v. Princeton - Deposition Scheduling