# EXHIBIT E

## Υπεύθυνη Δήλωση

Ο υπογεγραμμένος Ευάγγελος Λέκκος, *έχοντας υπόψει τις συνέπειες του νόμου για ψευδή δήλωση, δηλώνω υπεύθυνα τα επόμενα:*

1. Είμαι άνω των 21 ετών, έχω προσωπική γνώση για τα επόμενα θέματα και είμαι αρμόδιος να την καταθέσω.
2. Είμαι κάτοικος Χολαργού-Αθηνών και γνωρίζω να μιλώ και να διαβάζω άπταιστα ελληνικά.
3. Είμαι συνταξιούχος θεολόγος *(επίσης συγγραφέας και έχω σπουδάσει και νομικά).*
4. Υπηρέτησα στην Αποστολική Διακονία της Εκκλησίας της Ελλάδος από το 1971 μέχρι το 2002, στην οποία κατείχα τη θέση του διευθυντού εκδόσεων από το 1987 μέχρι το 2002.
5. Γνώρισα τον Μητροπολίτη Δράμας Διονύσιο Κυράτσο, διδάκτορα θεολογίας (1923-2005) *στα μέσα της δεκαετίας του 1980, διάστημα κατά το οποίο υπηρετούσα στην Αποστολική Διακονία.*
6. Το 1995 ο Μητροπολίτης Δράμας εξέδωσε το έργο του με τίτλο "Ιστορία της Ιεράς Μητροπόλεως Δράμας από τις απαρχές της μέχρι σήμερα", το οποίο *ασχολείται με την Ιστορία της Ιεράς Μητροπόλεως Δράμας.*
7. Ο Μητροπολίτης ήταν ο μοναδικός συγγραφέας του έργου αυτού.
8. Η Ιστορία της Μητροπόλεως Δράμας *εκδόθηκε στα ελληνικά.*
9. Ενώ υπηρετούσα ως Διευθυντής Εκδόσεων, ο Μητροπολίτης μου ζήτησε να κάνω τη διόρθωση των τυπογραφικών δοκιμίων στο έργο του Ιστορία της Ιεράς Μητροπόλεως Δράμας, *το οποίο δεν τυπώθηκε στο τυπογραφείο της Αποστολικής Διακονίας.*
10. Από σεβασμό και βαθιά εκτίμηση προς το πρόσωπό του, έκανα τη διόρθωση των τυπογραφικών δοκιμίων στο έργο του Ιστορία της Ιεράς Μητροπόλεως Δράμας.
11. Στη συνέχεια η Ιστορία αυτή *τυπώθηκε και, όπως μου έλεγε ο Μητροπολίτης, αντίτυπά της*Π πρόσφερε *σε επισκέπτες στο Γραφείο* του στη Μητρόπολη.
12. Ο Μητροπολίτης Δράμας και εγώ ήμασταν τα μόνα πρόσωπα που συμμετείχαμε *στην έκδοση* της Ιστορίας της Μητροπόλεως Δράμας.
13. *Το γνήσιο της υπογραφής μου επικυρώνεται σύμφωνα με τον ελληνικό Νόμο από τη Δημόσια Υπηρεσία του Κέντρου Εξυπηρέτησης Πολιτών του Δήμου Παπάγου-Χολαργού, όπου διαμένω μόνιμα. Η Δήλωσή μου αυτή θα χρησιμοποιηθεί στις ΗΠΑ σε εκκρεμή δίκη διεκδίκησης επιστροφής χειρογράφων της Ιεράς Μονής Εικοσιφοινίσσης Δράμας που βρίσκονται στο Πανεπιστήμιο Πρίνστον.*

Χολαργός, 13 Οκτωβρίου 2020

Ο δηλών

[υπογραφή]

Ευάγγελος Λέκκος

**Exhibit 0027**

Solemn Declaration

The undersigned Evangelos Lekkos, cognizant of the consequences of the law for a false statement, solemnly declared the following:

1. I am more than 21 years old, have personal knowledge of the following points and am responsible for their content.
2. I am a resident of Cholargos, Athens, and can fluently speak and read Greek.
3. I am a retired theologian (also a writer and I have studied law).
4. I served at the Apostolic Ministry of the Church of Greece from 1971 to 2002, where I held the position of Director of Publications from 1987 to 2002.
5. I met the Metropolitan of Drama, Dionysios Kyratsos, Doctor of Theology (1923-2005) in the middle of the 1980s, during which time I served at the Apostolic Ministry.
6. In 1995, the Metropolitan of Drama published his work with the title "[The] History of the Holy Metropolis of Drama from its beginnings until today," which dealt with the history of the Holy Metropolis of Drama.
7. The Metropolitan was the sole author of his work.
8. The History of the Metropolis of Drama was published in Greek.
9. While I served as the Director of Publications, the Metropolitan asked me to correct the printer's proofs of his work, [The] History of the Metropolis of Drama, which was not printed at the presses of the Apostolic Ministry.
10. Out of respect and deep appreciation for him, I corrected the printer's proofs of his work, [The] History of the Metropolis of Drama.
11. Subsequently, this History was printed and, as the Metropolitan told me, he offered copies of it to visitors to his office in the Metropolis.
12. The Metropolitan of Drama and I were the only people involved in the publication of the History of the Metropolis of Drama.
13. The authenticity of my signature is validated in accordance with Greek law by the Public Service at the Citizens' Service Center in the municipality of Papagou-Cholargos, where I am a permanent resident. This declaration of mine will be used in the United States in a pending lawsuit claiming the return of the manuscripts of the Holy Monastery of Eikosiphoinissa of Drama which are found at Princeton University.

Cholargos, October 13, 2020

The declarant,

Evangelos Lekkkos