EXHIBIT F

```
 1                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
 2
 3
                                    :
 4   HIS ALL HOLINESS,             :  Case No.
     BARTHOLOMEW I, THE            :  3:18-CV-17195-RK-DEA
 5   ARCHBISHOP OF                 :
     CONSTANTINOPLE, NEW           :
 6   ROME, AND ECUMENICAL          :      VIDEO-RECORDED
     PATRIARCH, ET AL.,            :      DEPOSITION UPON
 7                                 :      ORAL EXAMINATION
         Plaintiffs,               :            OF
 8                                 :      FATHER ALEXANDER
     V.                            :         KARLOUTSOS
 9                                 :      AS RULE 30(b)(6)
     PRINCETON UNIVERSITY,         :    REPRESENTATIVE OF
10                                 :  H.A.H. BARTHOLOMEW I
         Defendant.                :
11                                 :
                                   :
12   -----------------------   X
13
14             TRANSCRIPT of the stenographic notes of
15   the proceedings in the above-entitled matter, as
16   taken by and before ELLEN J. GODINO, CCR, RPR, CRCR,
17   held via ZOOM VIDEOCONFERENCE from various locations,
18   with the witness located at THE CHURCH OF THE
19   DORMITION OF THE VIRGIN MARY, 111 Saint Andrews Road,
20   Southampton, New York, on Wednesday, March 13, 2024,
21   commencing at 10:09 a.m.
22
23
24
25
```

Page 1

1  manuscripts taken from -- that were previously at
2  various monasteries in Greece, and allegedly taken
3  during various wartime periods; was that an important
4  issue to the Ecumenical Patriarch?
5        MS. PAMUKCU:  Objection.
6     A.   It was a significant issue.
7        MR. TSOUGARAKIS:  Can I hear the
8  question again?
9        THE COURT REPORTER:  Sure.
10       MR. TSOUGARAKIS: Let me postpone this,
11  my computer is updating.  I'm sorry.
12       MS. PAMUKCU:  Should we go off the
13  record?
14       (A discussion is held off the record.)
15       MR. GOLDFARB: If the court reporter
16  could read the question back, we could use the help,
17  please.
18       (The question is read back.)
19  BY MR. GOLDFARB:
20    A.   Again, the Patriarch would be very
21  concerned about getting all of its spiritual,
22  cultural legacy back.  He would leave that with the
23  Metropolitans.  There were other things that the
24  Ecumenical Patriarch was very concerned about; even
25  his own election.  Unfortunately, the Turkish

Page 74

1  other areas of responsibility would be to claim that
2  which belonged to your monasteries and to your
3  churches in your own metropolis.
4        That's what he would delegate, and
5  that's what he did delegate.  But he was not
6  Patriarch until 1991.
7     Q.   So beginning in 1991, did the Ecumenical
8  Patriarch Bartholomew, did he have any conversations
9  with the Metropolitan of Drama regarding manuscripts
10  allegedly taken from the monastery?
11    A.   Yes, he spoke to the Metropolitan of
12  Drama, his name was Dionysios at the time, and told
13  him to pursue the manuscripts and find out where they
14  are.  And the Bulgarian government.
15    Q.   Well, I'm sorry.
16    A.   From -- ask the Greek -- that the
17  Metropolitan would reach out to the Greek government,
18  and make the appeal out to the Bulgarian government.
19  And I believe six years ago -- and I know that, the
20  Ecumenical Patriarch himself made a personal appeal,
21  when he went to Bulgaria, spoke to the president of
22  Bulgaria, asked him to return the manuscripts.
23        And then the meeting -- and the
24  Bulgarian president welcomed him warmly.  The next --
25  he had a meeting scheduled with the prime minister of

Page 76

1  government would interfere in the election of the
2  Ecumenical Patriarch.
3        Our school was closed.  We have a
4  seminary called Halki.  It's been closed since 1971.
5  We're dealing with a church that has been
6  asphyxiated.  It's not so easy to say, well, now
7  we've got to worry about the monasteries that have
8  been -- he leaves that to the Metropolitans.  They
9  were supposed to be looking after it.  But that's not
10  something that the Ecumenical Patriarch would take on
11  for himself.  That would be the jurisdiction of the
12  Metropolitans.
13    Q.   Did the Ecumenical Patriarch make any
14  effort to search for manuscripts, or to find out
15  where manuscripts taken from monasteries were
16  located, in the '70s, '80s or '90s?
17       MS. PAMUKCU:  Objection.
18    A.   What the Ecumenical Patriarch would do
19  would speak with the Metropolitans and say, "Your
20  responsibility is to pastor your flock."  Pastoring
21  your flock does mean, maintain the spiritual and the
22  manuscript -- whatever, relics entrusted to you.  The
23  bones of the saints, for example.  They would be
24  responsible for the liturgical function of the
25  church.  Making sure the pastors -- and one of the

Page 75

1  Bulgaria.  And then the next day, they cancelled the
2  meeting with the prime minister of Bulgaria.
3        It's been a very sensitive issue between
4  the Greek state and the Bulgarian government.  And to
5  this day, it's still very painful for those of us of
6  Greek Orthodox faith.
7     Q.   Well, on one visit, the Ecumenical
8  Patriarch was actually surprised in Bulgaria.  They
9  presented the Ecumenical Patriarch with certain
10  manuscripts that he could take with him.  Correct?
11    A.   Yes.
12    Q.   Back in 2004?
13    A.   Yes.  And so he asked for the rest of
14  them to be returned.
15    Q.   And because I had read an article that
16  referred to -- involved with this matter at that
17  time, a Professor Vasilis Atsalos.  Are you familiar
18  with Professor Atsalos?
19    A.   No.
20    Q.   And if the Ecumenical Patriarch wanted
21  to conduct a search -- well, strike that.
22        What did the Ecumenical Patriarch expect
23  the Metropolitan of Drama to do, to locate allegedly
24  stolen manuscripts?
25       MS. PAMUKCU:  Objection.

Page 77

20 (Pages 74 - 77)

**Page 82**

1    His responsibility, as the Ecumenical
2  Patriarch, as the chief shepherd, is to make sure
3  that the relics, the manuscripts, all of our
4  spiritual, cultural legacy stays within the Church.
5  Because we worship with them, we pray with them, and
6  we hope in them.
7    And that's what we're hoping for in
8  Princeton.  Because I notice this was a letter
9  requesting that Princeton would return it.  It was
10  not -- it was not a lawsuit.  We could have done
11  that.
12    We reached out because we felt that
13  anybody that has on its logo New Testament and Old
14  Testament would at least honor the Old and the New
15  Testament.  And that's been very painful in regards
16  to Princeton, so I have to tell you that's very
17  painful.  How does one have it as a logo, and be very
18  proud that it was established as a seminary, and then
19  refuse to give back that which the Old Testament and
20  the New Testament calls upon?
21    So yes; the Patriarch would have wanted
22  them back, and we still want them back.  And we hope
23  that you, as a representative of Princeton, would
24  make it clear that we don't want this lawsuit.  What
25  we want is our relics back.  We want our manuscripts

**Page 83**

1  back.  Yes, sir.
2    Q.    Did the Ecumenical Patriarch Demetrios
3  make any efforts to search for the manuscripts that
4  were allegedly stolen from the monastery in 1917?
5    A.    I've told you that every Ecumenical
6  Patriarch in the history of the Patriarchate would
7  want that which belongs to us.  So I'm sure the
8  Ecumenical Patriarch told the Metropolitans: Do
9  whatever you can to receive those documents, yes,
10  these manuscripts.
11    Q.    And was that the extent of Metro -- of
12  Ecumenical Patriarch Demetrios's efforts, by giving
13  charge to the Metropolitan of Drama to search for
14  those manuscripts?
15    MS. PAMUKCU:  Objection.
16    A.    Yes, and if I can comment.  You must
17  realize: At that time, the Ecumenical Patriarch was
18  not even allowed to travel outside of Turkey to ask
19  for it themselves.  Right?  The Patriarchate's
20  movements were -- were constrained and restrained in
21  Turkey.
22    Q.    Well --
23    A.    I would imagine if he could go there
24  himself, he would have done that.
25    Q.    Well, Metropolitan Dionysios -- I'm

**Page 84**

1  sorry, Metropolitan Demetrios --
2    A.    Dionysios?
3    Q.    Demetrios?
4    A.    No, you're talking about the Ecumenical
5  Patriarch?
6    Q.    The Ecumenical Patriarch --
7    (Court Stenographer clarification.)
8    A.    Well, then it's -- yeah, he's called
9  Ecumenical Patriarch Demetrios, yeah.
10    Q.    Yes.  The fact is, he did travel to the
11  United States in the summer of 1990.  Correct?
12    A.    But that was after -- yeah, it was the
13  first time.  And I'm so happy that the Turkish
14  government allowed that.  And I was -- I've got to
15  tell you, I celebrate the Turkish government for
16  doing so.  But yes, he did come in 1990.
17    Q.    All right.  So is the extent of
18  Metropolitan -- I'm sorry.  Is the extent of the
19  Ecumenical Patriarch Demetrios' efforts to recover
20  manuscripts allegedly stolen from the monastery in
21  1917, giving that charge to the Metropolitan of
22  Drama?
23    MS. PAMUKCU:  Objection.
24    A.    He would have told the Metropolitan of
25  Drama:  Pursue getting back your spiritual, cultural

**Page 85**

1  legacy.  And we do know at that time from 1917, that
2  they were in Bulgaria.
3    Q.    Well, isn't it true that the
4  Metropolitan of Drama learned of many manuscripts
5  that purportedly came from that group that were not
6  in Bulgaria, and in fact, were in Western Europe and
7  the United States?
8    MS. PAMUKCU:  Objection.
9    A.    In retrospect, we now know that, but we
10  did not know it when the Metropolitan apparently
11  discovered it, yes.
12    MR. GOLDFARB:  Why don't we take a quick
13  break, and then we'll come back.  All right?
14    THE WITNESS:  Thank you.
15    MR. GOLDFARB:  Thank you.  Ten minutes,
16  is that okay?  Or do you want -- at some point, if
17  anybody needs a lunch break, let me know, and we'll
18  make it a half hour instead of ten minutes?
19    (Court Stenographer clarification.)
20    THE VIDEOGRAPHER:  Sorry.  Yeah.  Going
21  off the record.  The time is 12:17 p.m. Eastern.
22  This is the end of Media Unit 2.
23    (A brief recess takes place.)
24    THE VIDEOGRAPHER:  We are back on the
25  record.  The time is 12:29 p.m. Eastern.  This is the

22 (Pages 82 - 85)

1  Metropolitan of Drama Dionysios had this specific
2  information, particularly about the manuscripts at
3  Princeton Library, at least by 1995.
4      And do you know of any reason why
5  Metropolitan Dionysios took no action?
6      MS. PAMUKCU:  Objection.
7  A.   I don't know.
8  Q.   If he had this particular information,
9  which we know he did, we can read it in the book,
10  would it be the Ecumenical Patriarch Bartholomew's
11  view that Metropolitan Dionysios failed in his
12  responsibility to take charge of the matters that had
13  been entrusted to him?
14      MS. PAMUKCU:  Objection.
15  A.   At the end of the day, I believe the
16  Patriarch did not, because he didn't know it.  But
17  looking at it in retrospect, you'd have to say he did
18  not inform him.  So I would imagine he didn't execute
19  his duties as well as others do.
20      But this is -- it's tragic that he did
21  not pursue it.
22      MR. GOLDFARB: I think this is probably a
23  good time for a break and a lunch break for the court
24  reporter and the videographer and everyone, and
25  yourself as well, Father Alex.
                                        Page 118

1  you started, "Indicatively, we mention the
2  following"?
3  A.   Yes, sir.
4  Q.   And there's a Footnote 26.  Correct?
5  A.   Yes, sir.
6  Q.   And it's a citation to Professor
7  Papazoglou's writing from the symposium "Kavala and
8  its Area" in 1996, in the Proceedings (Kavala 1987),
9  A, pages 53 to 56.  Do you see that?
10  A.   Yes, sir.
11  Q.   And then it indicates it was republished
12  in Manuscripts and Libraries of Eastern Macedonia and
13  Thrace, Volume A, Komotini 1993.  Do you see that?
14  A.   Yes, sir.
15  Q.   Now, we have a --
16      MR. GOLDFARB: Is it in their thing?
17  Q.   You should have a new exhibit -- I'm
18  sorry.  Strike that.
19      MR. GOLDFARB: Is it in the thing? Does
20  he have it in his notebook?
21      MR. SNEED: Yes.
22  Q.   So Father Alex, do you have an
23  Exhibit 5A in that notebook?
24      MR. TSOUGARAKIS:  In Greek?
25      MR. GOLDFARB:  Yes, it should be -- it
                                        Page 120

1      THE WITNESS:  Thank you very much.
2      THE VIDEOGRAPHER:  All right.  Going off
3  the record.  The time is 1:14 p.m. Eastern time.
4  This is the end of Media Unit 3.
5      (A luncheon recess takes place.)
6      THE VIDEOGRAPHER:  We're back on the
7  record.  The time is 1:50 p.m. This is the beginning
8  of Media Unit 4.
9  CONTINUED EXAMINATION BY MR. GOLDFARB:
10  Q.   Father Alex, when we left off, you were
11  at page 136 of the translated version of Deposition
12  Exhibit 5.  Are you still on that page?
13  A.   Yes, and may I make a comment here?
14  Q.   If you feel it's important.
15  A.   Well, just to correct.  The reason why
16  they have "Durham, South Carolina" is because when
17  you put "Durham, N. Carolina" in Greek, the "N" means
18  south, "V" means north.  That's why that mistake was
19  made in the translation.
20  Q.   Thank you.  I appreciate that.
21  A.   Not a problem.
22  Q.   All right.  So we're on that page,
23  though, and you see at the end of that long
24  paragraph, that indicates -- I'm sorry.  Strike that.
25      At the beginning of that sentence, where
                                        Page 119

1  should be Greek followed by the English translation.
2  It should be five pages of a bibliography.
3      MR. TSOUGARAKIS:  Yep, it's 5 -- it's
4  5A1.
5      MR. GOLDFARB:  Yes.
6  Q.   5A1 is the Greek version, and 5A2 is the
7  English translation.  And this is the bibliography
8  from the History of Drama, Exhibit 5.  Okay?
9  A.   Yes, sir.
10  Q.   And if you could turn to page -- let me
11  make sure.  I believe it's page 256 of the
12  bibliography?
13      MS. PAMUKCU: Steve, just a minute.  Was
14  5A posted on the Exhibit Share?
15      MR. GOLDFARB:  It is now.
16      MS. PAMUKCU:  Okay.
17      MR. GOLDFARB:  Do you have it, Erin?
18      MS. PAMUKCU:  One second.  Yeah, yeah, I
19  can see it.
20      MR. GOLDFARB:  Okay.
21      And George, I apologize.  When we
22  originally marked this for Metropolitan Pavlos's
23  deposition, apparently only two pages of the
24  bibliography were included, and -- or two or three
25  pages.  And when I figured that out, I wanted to
                                        Page 121

31 (Pages 118 - 121)

1      A.    Again, that's an assumption.  I don't
2  know that.  I mean, you're -- I can't assume that
3  that's what he would do.  I mean, that's -- that's
4  not what I'm aware of, or the Ecumenical Patriarch is
5  aware of what he's doing or not doing.
6      Q.    Well --
7      A.    It's just very clear.
8            (Court Stenographer clarification.)
9      Q.    Metropolitan Dionysios was charged with
10 the task by the Ecumenical Patriarch of searching for
11 these manuscripts.  Correct?
12     A.    Yes.
13     Q.    And he wrote a book where he cited to
14 this specific -- this specific work by Atsalos.
15 Correct?
16     A.    Apparently.  This is from his book, yes.
17     Q.    Which was published in the Municipality
18 of Drama in 1990.  Correct?
19           MS. PAMUKCU:  Objection.
20     Q.    Right here?
21     A.    It says 1990, yes.
22     Q.    And then on page 115 -- I'm sorry, let
23 me get the right page here.  Page 117 includes
24 similar type of information on Princeton Library,
25 regarding -- let's see -- Garrett 14 and Garrett 16?

Page 142

1  words, what is his proof --
2      Q.    We don't get to his conclusions -- we
3  don't get to his conclusions until we get to the page
4  that says, "Findings and Expert Opinions on the Lost
5  Kosinitza Monastery -- Monastery Manuscripts."  But
6  there's a whole section on the adventures of the
7  manuscripts, in which Atsalos, in 1990, in the
8  municipality of Drama, published an entire -- an
9  entire summary of how each and every manuscript that
10 was found in Western Europe and the United States,
11 how it got from the monastery to wherever it's
12 located.  Except that the manuscripts from Princeton,
13 it was concluded, could not be determined with
14 certainty whether they were actually at the monastery
15 in 1917 when it was raided, or whether or not they
16 had been sold to a Turkish gentleman prior to the
17 First World War?
18           MS. PAMUKCU:  Objection.
19           MR. TSOUGARAKIS:  Is there a question?
20     Q.    Have you -- has the Ecumenical Patriarch
21 ever been made aware of this information, that as of
22 1990, there were researchers who had been tasked with
23 researching this topic, who had located the
24 identity -- the identity and location of all of the
25 manuscripts in Western Europe and the United States,

Page 144

1            MS. PAMUKCU:  Objection.
2      A.    It does say that, yes, sir.
3      Q.    Let me see if I can -- I might have gone
4  past it.  It's hard to do.
5            And did you know that -- well, did you
6  know that Atsalos was a professor who was studying
7  this in the region of Drama during the late '80s and
8  '90s, at the same time as Professor Papazoglou?
9            MS. PAMUKCU:  Objection.
10     A.    No, I don't know that.  I don't know if
11 the Ecumenical Patriarch knows that.  I don't know
12 that.
13     Q.    Do you see how in this page, which is
14 page 122 of Atsalos, and you can take a moment to
15 read this.  It provides his expert analysis of the
16 background to determine whether the manuscripts
17 located in various places, including at Princeton,
18 were or were not present at the monastery in 1917,
19 when the Bulgarians raided?
20           MS. PAMUKCU:  Objection.
21     A.    Where did we read this?  I don't know.
22           MR. TSOUGARAKIS:  Steve, is there a
23 question pending?
24     A.    Are these conjectures, or his
25 conclusions?  I don't know what that is.  In other

Page 143

1  and published that information and their opinions?
2            MS. PAMUKCU:  Objection.
3      Q.    Did the Ecumenical Patriarch know that?
4      A.    He knows it now.
5      Q.    Okay.  Would the -- well, going back to
6  what we were talking about before the break:  Is it
7  fair to conclude that the Ecumenical Patriarch would
8  have expected Metropolitan Dionysios to bring this to
9  his attention in the 1990s, if he had this
10 information available to him?
11     A.    He would have probably expected that,
12 yes, of course.  He would have -- go ahead.
13     Q.    Metropolitan Dionysios, he had the
14 authority to take action to -- on behalf of the
15 Metropolis and the monastery, in order to take action
16 to seek its return, without even consulting with the
17 Ecumenical Patriarch.  Correct?
18           MS. PAMUKCU:  Objection.
19     A.    He would have had to seek permission
20 from the Ecumenical Patriarch to seek action.  The
21 difficulty comes in is that if you know, at that
22 period of time, it was very hard for them to do those
23 things.
24           It's not as simple as we are, in a free
25 country, to be able to exercise it.  And with the

Page 145

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**Page 254**

1  finance something about which I'm concerned about.
2  No, I would never do that.
3      Q.   If you wanted to raise funds, you would
4  only do that with someone you know?
5          MS. PAMUKCU:  Objection.
6      A.   In most places of the world, when you
7  raise funds, it's from people you know.  That's what
8  makes you a fundraiser.  If you're going out
9  fundraising with people you don't know, then you're
10 not a fundraiser.  You're not going to raise any
11 funds.
12     Q.   I agree with you.
13     A.   I know you do.  It's only logical.
14     Q.   Okay.  Father Alex, I don't have any
15 further questions for you at this time.  I appreciate
16 your patience and your time today.  And I know it was
17 inconvenient and a long day, but thank you very much.
18     A.   I think you've been very kind, sir, and
19 I appreciate that.
20         And again, this lawsuit is a painful one
21 for us.  All we want is our manuscripts back.  It was
22 a violation in 1917, and whether some people want to
23 call it in the Balkan Wars or something else, this
24 belongs to a monastery, and it's for us sacred, very,
25 very sacred.

**Page 255**

1          I thank you very much.  Enjoy your
2  family and your friends.  And thank you for all
3  helping and guiding us.
4          And thank you, Erin, and thank you
5  George and everyone else, Jeanine.
6          MR. GOLDFARB:  Have a happy Easter as
7  well.
8          THE WITNESS:  That will be May 5th for
9  us, including the Bulgarians and the Russians.
10         MR. TSOUGARAKIS:  It's "Greeko de Mayo"
11 for us, yeah.
12         THE VIDEOGRAPHER:  Sorry, Counsel, do
13 you have any questions for the witness or are we
14 done?
15         MR. TSOUGARAKIS:  We're done.
16         MS. PAMUKCU:  We're done.
17         THE VIDEOGRAPHER:  Okay.  We are off the
18 record at 5:58 p.m. Eastern Daylight Savings time.
19 And this concludes today's testimony given by Father
20 Alex Karloutsos.  The total number of media used was
21 six, and will be retained by Veritext.
22         (The proceedings concluded at 5:58 p.m.)
23
24
25

**Page 256**

1                    J U R A T
2
3          I DO HEREBY CERTIFY that I have read the
4  foregoing transcript of my deposition testimony and I
5  certify that is it true and correct to the best of my
6  knowledge.
7
8
9
10         FATHER ALEXANDER KARLOUTSOS
11
12
13
14
15 SWORN AND SUBSCRIBED
16 BEFORE ME ON THIS
17 DAY OF        2024
18
19 Notary Public of the State of
20
21
22
23
24
25

**Page 257**

1                C E R T I F I C A T E
2      I, ELLEN J. GODINO, CCR, CRCR, RPR, do hereby
3  certify that prior to the commencement of the
4  examination, FATHER ALEXANDER KARLOUTSOS was duly
5  sworn by me to testify the truth, the whole truth and
6  nothing but the truth.
7      I DO FURTHER CERTIFY that the foregoing is a
8  true and accurate transcript of the testimony as
9  taken stenographically by and before me at the time,
10 place and on the date hereinbefore set forth, to the
11 best of my ability.
12     I DO FURTHER CERTIFY that I am neither a
13 relative nor employee nor attorney nor counsel of any
14 of the parties to this action, and that I am neither
15 a relative nor employee of such attorney or counsel,
16 and that I am not financially interested in the
17 action.
18
19         *Ellen J. Godino*
           ELLEN J. GODINO
20         CERTIFIED COURT REPORTER
           REGISTERED PROFESSIONAL REPORTER
21         CERTIFIED REALTIME COURT REPORTER
           DATED:  March 26, 2024
22
23
24
25

65 (Pages 254 - 257)