# EXHIBIT B

Page 1

1            UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF NEW JERSEY
2
3
4
5   HIS ALL HOLINESS,                )
    BARTHOLOMEW I, THE                )
6   ARCHBISHOP OF                     )
    CONSTANTINOPLE, NEW ROME,         )
7   AND ECUMENICAL PATRIARCH,         )
    et al.,                           )
8                                     )
      Plaintiffs,                     )
9                                     )
    vs.                               ) Civil No.
10                                    ) 3:18-CV-17195-MAS-ZNQ
                                      )
11  PRINCETON UNIVERSITY,             )
                                      )
12    Defendant.                      )
13
14
15
16
17         The Interpreted Zoom video deposition of
18   ALEXANDER APOSTOLIDIS, taken before Richard Derrick
19   Ehrlich, Registered Merit Reporter, Certified
20   Realtime Reporter, taken pursuant to the Federal
21   Rules of Civil Procedure, commencing at 6:00 a.m.,
22   on the 18th day of May, 2021.
23
24

```
                                                              Page 2
 1                    A P P E A R A N C E S
 2
 3    On behalf of the Plaintiffs:
 4             George A. Tsougarakis
               HARTMANN DOHERTY ROSA BERMAN & BULBULIA LLC
 5             433 Hackensack Avenue
               Suite 1002
 6             Hackensack, NJ 07601
               201.441.9056
 7             gtsougarakis@hdrbb.com
 8             Eric Blumenfeld
               Erin Pamukcu
 9             Nicholas Velonis
               Sigrid Jernudd
10             HUGHES HUBBARD & REED LLP
               One Battery Park Plaza
11             New York, NY 10004-1482
               212.837.6000
12             eric.blumenfeld@hugheshubbard.com
               erin.pamukcu@hugheshubbard.com
13             nicholas.velonis@hugheshubbard.com
               sigrid.jernudd@hugheshubbard.com
14
15    On behalf of the Defendant:
16             Steven A. Goldfarb
               Samuel C. Sneed
17             HAHN LOESER & PARKS LLP
               200 Public Square
18             Suite 2800
               Cleveland, OH 44114
19             216.621.0150
               sag@hahnlaw.com
20             ssneed@hahnlaw.com
21
      Also Present:
22
      Videographer, Michael Prager
23    Michele Stopera Freyhauf
24
```

Page 3

```
 1                    I N D E X
 2                                              Page
 3   Exam by Steven Goldfarb                       6
 4
 5                   E X H I B I T S
                                                Page
 6
     Exhibit No. 17 -                             32
 7   Amended Notice of Deposition
 8   Exhibit No. 19 -                             46
     Amended Responses and Objections
 9
     Exhibit No. 20 -                            119
10   Metropolis Website Excerpts
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 57

1      your dining room table length is?
2           MR. TSOUGARAKIS:  Objection.
3           THE DEPONENT:  Well, I can only answer that
4      hypothetically, which means I will not be saying
5      the truth.  So if I'm not going to be able to
6      say the truth, I don't know.
7  BY MR. GOLDFARB:
8  Q   An estimation is by definition not precise.  So
9      I'm simply asking you for an estimate.
10          MR. TSOUGARAKIS:  Objection.
11          THE DEPONENT:  I have not hidden from you
12     that I had asked for the professional help of
13     Mr. Papazoglou.
14 BY MR. GOLDFARB:
15 Q   When did you first speak with Mr. Papazoglou?
16          MR. TSOUGARAKIS:  Objection.
17          INTERPRETER:  Okay.  I hope I got this
18     right.
19          THE DEPONENT:  I first asked for his help
20     in 2013.  We started working together intensely
21     in 2016, which is the time when I had asked him
22     to be the author of the volume that he composed
23     for me.
24     \\\

Page 58

1  BY MR. GOLDFARB:
2  Q   Mr. Papazoglou --
3         MR. TSOUGARAKIS:  Objection.
4  BY MR. GOLDFARB:
5  Q   Mr. Papazoglou contacted you shortly after you
6      became the Metropolitan of Drama; isn't that
7      true?
8  A   Well, when I met him in 2013, as I have told
9      you, I was the Metropolitan in Drama.
10 Q   Isn't it true that Mr. Papazoglou came to you
11     shortly after 2005, before 2013, to speak with
12     you?
13 A   No, I don't recall such a thing.  I arrived here
14     on the 19th of November of 2005.  I didn't
15     have the desire to speak with Papazoglou.
16 Q   I'm talking about whether Mr. Papazoglou wanted
17     to speak with you.  He contacted you shortly
18     after you took your position as Metropolitan and
19     asked to speak with you about the stolen
20     manuscripts, didn't he?
21        MR. TSOUGARAKIS:  Objection.
22        THE DEPONENT:  I don't know what Papazoglou
23     desired to do.  I cannot speak on behalf of what
24     Papazoglou was thinking.

Page 59

1  BY MR. GOLDFARB:
2  Q   Did Mr. Papazoglou call you, email you, or write
3      to you shortly after you assumed the position of
4      Metropolitan in 2005?
5          MR. TSOUGARAKIS:  Objection.
6          THE DEPONENT:  I don't have any such
7      communication in my hands.  Whatever
8      correspondence there was between myself and
9      Papazoglou for the issues that we are discussing
10     here you already have in your hands.
11         Now Mr. Steven, dear Steven is reminding me
12     of an incident in the Bible with certain persons
13     from Herodian try to entrap Jesus Christ by some
14     clever questions.
15         I have never said such a thing, nor have I
16     made any statements that I had any communication
17     with Mr. Papazoglou in 2005.
18 BY MR. GOLDFARB:
19 Q   I appreciate that.  My question was:  Isn't it
20     true that Mr. Papazoglou called you, emailed
21     you, or wrote to you shortly after you became
22     Metropolitan to speak with you regarding stolen
23     manuscripts?
24         MR. TSOUGARAKIS:  Objection.

1      The translation is bad.  I'll just object.
2          You've heard the question again.  I would
3      ask you to retranslate the question now you've
4      heard it again.  That's all.
5          INTERPRETER:  Can I please hear the
6      question again?
7          MR. TSOUGARAKIS:  Sorry, Steve.
8  BY MR. GOLDFARB:
9  Q   Sure.  When you received this email, did you
10     discuss with Mr. Papazoglou what were the
11     documents that he had sent to Dionysios 30 years
12     earlier?
13 A   No, because I understood that it was pertaining
14     to the stolen items from -- with the Bulgarians,
15     which had just recently appeared with judava.
16 Q   Why would you think that the documents sent
17     30 years ago did not refer to Princeton?
18         MR. TSOUGARAKIS:  I think she's gone again,
19     right?
20         VIDEOGRAPHER:  Shall we go off the record?
21         MR. GOLDFARB:  Yes, let's go off the
22     record.
23         VIDEOGRAPHER:  We are going off the record.
24     The time is 12:33 p.m.

Page 102

```
 1              (Break.)
 2              VIDEOGRAPHER:  We are back on the record.
 3       The time is 12:35 p.m.
 4              Please proceed.
 5   BY MR. GOLDFARB:
 6   Q   Did you ask Mr. Papazoglou what documents he had
 7       sent to Dionysios?
 8   A   No.
 9   Q   From this email, you knew that Mr. Papazoglou
10       had been in communication with Metropolitan
11       Dionysios, correct?
12              MR. TSOUGARAKIS:  Objection.
13              THE DEPONENT:  That he sent one file.  I
14       didn't know that he had communication.
15   BY MR. GOLDFARB:
16   Q   You knew that he had sent documents 30 years ago
17       to Dionysios, right?
18   A   No.
19   Q   And you've never asked Mr. Papazoglou about any
20       of his communications with Dionysios; is that
21       correct?
22   A   I don't know if he had any other communication
23       with him.
24   Q   If the Metropolis wanted to learn that
```