**Hughes Hubbard & Reed**

ORDER

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

November 22, 2024

**VIA ELECTRONIC CASE FILING**

Honorable Justin T. Quinn, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building and Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:    *His All Holiness Bartholomew I, et al. v. Princeton University*
             Civil Case No. 3:18-cv-17195-RK-JTQ

Dear Judge Quinn:

    We represent Plaintiffs His All Holiness Bartholomew I, the Holy Metropolis of Drama, and the Monastery of Theotokos Eikosiphoinissa in the action referenced above. Yesterday, we received a communication from the Metropolis which requires further investigation, but it may obviate the need for the Court to decide Defendant's pending application for sanctions. We apologize for the lack of specificity at this time. Nonetheless, <u>Plaintiffs respectfully ask the Court for two weeks to consult with our clients</u> and, potentially, Defendant's counsel, to spare the Court from engaging in work that may ultimately prove unnecessary.

**GRANTED**

Respectfully submitted,

*/s/ Eric Blumenfeld*

Eric Blumenfeld

\*\*Plaintiffs are to file a status update no later than December 9, 2024.

IT IS SO ORDERED
this 25th day of November 2024

*/s/ Justin T. Quinn*
Hon. Justin T. Quinn, U.S.M.J.

282120487