

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

December 9, 2024

**VIA ELECTRONIC CASE FILING**

Honorable Justin T. Quinn, U.S.M.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building and Courthouse
402 East State Street
Trenton, New Jersey 08608

      **Re:**   *His All Holiness Bartholomew I, et al. v. Princeton University*
              **Civil Case No. 3:18-cv-17195-RK-JTQ**

Dear Judge Quinn:

      We represent Plaintiffs His All Holiness Bartholomew I, the Holy Metropolis of Drama, and the Monastery of Theotokos Eikosiphoinissa in the action referenced above. Pursuant to the Court's November 24, 2024 Letter Order, Plaintiffs provide the following status report. Earlier today, we conveyed a settlement offer to Defendant's counsel on behalf of Plaintiffs. Counsel stated that he would need time for his client to consider the offer, but he consented to a further adjournment of the current stay to that end. Defendant's counsel noted that there is now a "strong likelihood" that this matter will be resolved.

                                          Respectfully submitted,

                                          *s/Eric Blumenfeld*

                                          Eric Blumenfeld