| | |
|---|---|
| George A. Tsougarakis, Esq.<br>**HARTMANN DOHERTY**<br>**ROSA BERMAN & BULBULIA LLC**<br>433 Hackensack Avenue, Suite 1002<br>Hackensack, New Jersey 07601<br>Telephone: 201-441-9056<br><br>Eric Blumenfeld, Esq.<br>**HUGHES HUBBARD & REED LLP**<br>One Battery Park Plaza<br>New York, New York 10004<br>Telephone: 212-837-6000<br><br>*Attorneys for Plaintiffs His All Holiness,*<br>*Bartholomew I, the Archbishop of*<br>*Constantinople, New Rome, and Ecumenical*<br>*Patriarch; the Holy Metropolis of Drama;*<br>*and the Monastery of Theotokos*<br>*Eikosiphoinissa* | **HAHN LOESER & PARKS LLP**<br>Steven A. Goldfarb, Esq. (pro hac vice)<br>Samuel C. Sneed, Esq. (pro hac vice)<br>200 Public Square, Suite 2800<br>Cleveland, OH 44114<br>Telephone: (216) 621-0150<br>Facsimile: (216) 241-2824<br>sag@hahnlaw.com<br>ssneed@hahnlaw.com<br><br>**WONG FLEMING**<br>Linda Wong, Esq.<br>821 Alexander Road, Suite 200<br>Princeton, New Jersey 08543<br>Telephone: (609) 951-9520<br>Facsimile: (609) 951-0270<br>lwong@wongfleming.com<br><br>*Attorneys for Defendant Attorneys for*<br>*Defendant, The Trustees*<br>*of Princeton University* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HIS ALL HOLINESS, BARTHOLOMEW I, THE ARCHBISHOP OF CONSTANTINOPLE, NEW ROME, AND ECUMENICAL PATRIARCH; THE HOLY METROPOLIS OF DRAMA; and THE MONASTERY OF THEOTOKOS EIKOSIPHOINISSA,<br><br>                                                  Plaintiffs,<br><br>vs.<br><br>PRINCETON UNIVERSITY,<br><br>                                                  Defendant. | Civil Action No. 3:18-cv-17195-RK-JTQ<br><br>Hon. Robert Kirsch, U.S.D.J.<br>Hon. Justin T. Quinn, U.S.M.J.<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

**WHEREAS** Defendant, the Trustees of Princeton University, filed a Motion for Discovery Sanctions ("Motion") on or about May 17, 2024 based on Plaintiffs' stated failure to be able to produce for deposition a Greek national who served as Plaintiffs' non-testifying expert;

**WHEREAS** the Court has not yet issued a decision on Defendant's Motion;

**WHEREAS** after six years of litigation that included extensive document discovery and depositions, Plaintiffs, His All Holiness, Bartholomew I, the Archbishop of Constantinople, New Rome, and Ecumenical Patriarch, the Holy Metropolis of Drama, and the Monastery of Theotokos Eikosiphoinissa, have offered to voluntarily dismiss the case with prejudice if Defendant agrees to waive any claim to fees or costs;

**WHEREAS** under this dismissal with prejudice Plaintiffs are precluded by law from refiling the claims asserted in this case against the Defendant;

**WHEREAS** Defendant has agreed to a stipulation of dismissal with prejudice on those terms;

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the action captioned above be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and litigation costs.

| | |
|---|---|
| **HUGHES HUBBARD & REED LLP**<br>Attorneys for Plaintiffs<br><br>By: _____<br>Eric Blumenfeld<br><br>Dated: January 9, 2025 | **WONG FLEMING**<br>Attorneys for Defendant<br><br>By: _____<br>Linda Wong<br><br>Dated: January 9, 2025<br><br>**HAHN LOESER & PARKS LLP**<br>Steven A. Goldfarb, Esq. (pro hac vice)<br>Samuel C. Sneed, Esq. (pro hac vice)<br>200 Public Square, Suite 2800<br>Cleveland, OH 44114<br>Telephone: (216) 621-0150<br>Facsimile: (216) 241-2824<br>sag@hahnlaw.com<br>ssneed@hahnlaw.com |